IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN HEREFORD, | ) | Case No. 4:07CV00037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate

Judge recommending that the Plaintiff's Motion for Summary Judgment be granted and the

case remanded to the Commissioner for further proceedings. This *Report* was filed on July

24, 2008, from which the parties had ten (10) days to file objections. No objections were

filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and*

*Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Plaintiff's

Motion for Summary Judgment is **GRANTED**, and the case is **REMANDED** to the

Commissioner for further proceedings.

The Clerk is directed to send a copy of this *Order* to counsel as well as to

Magistrate Judge Crigler.

ENTERED this 28th day of August, 2008.


s/Jackson L. Kiser
Senior United States District Judge